# United States Bankruptcy Court
## Northern District of Iowa

In re: James Robert Herber
Tiffany J Fluhr
Debtor(s)

Case No.
Chapter 7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, James Robert Herber, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

   Number of advices attached:
   Period covered by advices:
   Number of Employers providing advices:


I, Tiffany J Fluhr, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

   Number of advices attached:
   Period covered by advices:
   Number of Employers providing advices:


Date April 30, 2019          Signature /s/ James Robert Herber
                                       James Robert Herber
                                       Debtor

Date April 30, 2019          Signature /s/ Tiffany J Fluhr
                                       Tiffany J Fluhr
                                       Joint Debtor

# Earnings Statement

**ADP**

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

014-0001

Period Ending: 04/13/2019
Pay Date: 04/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  IA: 1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 24.00 | 380.88 | 8,544.18 |
| Overtime | 23.8050 | 3.75 | 89.27 | 2,036.78 |
| Vacation | | | | 126.96 |
| **Gross Pay** | | | **$470.15** | 10,707.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.33 | 713.07 |
| | Social Security Tax | -21.78 | 551.51 |
| | Medicare Tax | -5.09 | 128.98 |
| | IA State Income Tax | -9.08 | 326.22 |
| | Other | | |
| | Medical | -86.90* | 1,303.50 |
| | Medical Flex | -28.85* | 461.60 |
| | Union | -0.54 | 3.14 |
| | Union Dues | -6.82 | 38.81 |
| | Vision | -3.17* | 47.55 |
| | 401-K | -14.10* | 125.27 |
| | Union Init | | 20.00 |

| Net Pay | $275.49 |
|---|---|
| Checking | -275.49 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $337.13

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number: 00000160007
Pay date: 04/18/2019

Deposited to the account of
JAMES R HERBER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1553 | xxxx xxxx | $275.49 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Period Ending: 04/06/2019
Pay Date: 04/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  IA: 1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 32.00 | 507.84 | 8,163.30 |
| Overtime | 23.8050 | 8.00 | 190.44 | 1,947.51 |
| Vacation | | | | 126.96 |
| **Gross Pay** | | | **$698.28** | 10,237.77 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -44.81 | 694.74 |
| Social Security Tax | | -35.92 | 529.73 |
| Medicare Tax | | -8.40 | 123.89 |
| IA State Income Tax | | -20.36 | 317.14 |
| Other | | | |
| Medical | | -86.90* | 1,216.60 |
| Medical Flex | | -28.85* | 432.75 |
| Union | | -0.80 | 2.60 |
| Union Dues | | -10.13 | 31.99 |
| Vision | | -3.17* | 44.38 |
| 401-K | | -20.95* | 111.17 |
| Union Init | | | 20.00 |

**Net Pay** $437.99
Checking -437.99
**Net Check** $0.00

* Excluded from federal taxable wages
Your federal taxable wages this period are $558.41

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number: 00000150011
Pay date: 04/12/2019

Deposited to the account of
JAMES R HERBER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1553 | xxxx xxxx | $437.99 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

004475
QNR  0001194 000104  000140008
015-0001

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Period Ending: 03/30/2019
Pay Date: 04/05/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 IA: 1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 40.00 | 634.80 | 7,655.46 |
| Overtime | 23.8050 | 8.00 | 190.44 | 1,757.07 |
| Vacation | | | | 126.96 |
| **Gross Pay** | | | **$825.24** | 9,539.49 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.59 | 649.93 |
| | Social Security Tax | -43.79 | 493.81 |
| | Medicare Tax | -10.24 | 115.49 |
| | IA State Income Tax | -27.04 | 296.78 |
| | Other | | |
| | Medical | -86.90* | 1,129.70 |
| | Medical Flex | -28.85* | 403.90 |
| | Union | -0.96 | 1.80 |
| | Union Dues | -11.97 | 21.86 |
| | Vision | -3.17* | 41.21 |
| | 401-K | -24.76* | 90.22 |
| | Union Init | | 20.00 |
| **Net Pay** | | | **$527.97** |
| Checking | | -527.97 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $681.56

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number: 00000140008
Pay date: 04/05/2019

Deposited to the account of
JAMES R HERBER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1553 | xxxx xxxx | $527.97 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

004064
CO   FILE   DEPT.   CLOCK   VCHR NO.
                         104  018-0001

**Earnings Statement**                                    ADP

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Period Ending: 03/23/2019
Pay Date:      03/29/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   1
    IA:        1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 32.00 | 507.84 | 7,020.66 |
| Overtime | 23.8050 | 2.00 | 47.61 | 1,566.63 |
| Vacation | 15.8700 | 8.00 | 126.96 | 126.96 |
| **Gross Pay** | | | **$682.41** | 8,714.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.97 | 590.34 |
| | Social Security Tax | -34.94 | 450.02 |
| | Medicare Tax | -8.17 | 105.25 |
| | IA State Income Tax | -19.55 | 269.74 |
| | Other | | |
| | Medical | -86.90* | 1,042.80 |
| | Medical Flex | -28.85* | 375.05 |
| | Union | -0.84 | 0.84 |
| | Union Dues | -9.89 | 9.89 |
| | Union Init | -20.00 | 20.00 |
| | Vision | -3.17* | 38.04 |
| | 401-K | -20.47* | 65.46 |
| **Net Pay** | | **$406.66** | |
| Checking | | -406.66 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $543.02

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number:  00000130012
Pay date:       03/29/2019

THIS IS NOT A CHECK

Deposited to the account of      account number    transit ABA    amount
JAMES R HERBER                   xxxxx1553         xxxx xxxx      $406.66

**NON-NEGOTIABLE**

Case 19-00543 Doc 4 Filed 04/30/19 Entered 04/30/19 17:52:47 Desc Main
Document Page 6 of 10

**Earnings Statement**

ADP

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Period Ending: 03/16/2019
Pay Date: 03/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  IA: 1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 33.50 | 531.65 | 6,512.82 |
| Overtime | 23.8050 | 6.00 | 142.83 | 1,519.02 |
| Gross Pay | | | $674.48 | 8,031.84 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -42.04 | | 547.37 |
| Social Security Tax | -34.44 | | 415.08 |
| Medicare Tax | -8.06 | | 97.08 |
| IA State Income Tax | -19.15 | | 250.19 |
| **Other** | | | |
| Medical | -86.90* | | 955.90 |
| Medical Flex | -28.85* | | 346.20 |
| Vision | -3.17* | | 34.87 |
| 401-K | -20.23* | | 44.99 |
| **Net Pay** | | | **$431.64** |
| Checking | -431.64 | | |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages
Your federal taxable wages this period are $535.33

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number: 00000120008
Pay date: 03/22/2019

Deposited to the account of
JAMES R HERBER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1553 | xxxx xxxx | $431.64 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

001335

# Earnings Statement

**ADP**

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Period Ending: 03/09/2019
Pay Date: 03/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  IA: 1

JAMES R HERBER
1765 S GRANDVIEW AVE
DUBUQUE IA 52003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.8700 | 40.00 | 634.80 | 5,981.17 |
| Overtime | 23.8050 | 8.00 | 190.44 | 1,376.19 |
| Gross Pay | | | $825.24 | 7,357.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.59 | 505.33 |
| | Social Security Tax | -43.79 | 380.64 |
| | Medicare Tax | -10.24 | 89.02 |
| | IA State Income Tax | -27.04 | 231.04 |
| | Other | | |
| | Medical | -86.90* | 869.00 |
| | Medical Flex | -28.85* | 317.35 |
| | Vision | -3.17* | 31.70 |
| | 401-K | -24.76* | 24.76 |
| Net Pay | | $540.90 | |
| | Checking | -540.90 | |
| Net Check | | $0.00 | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $681.56

---

INNOCOR FOAM TECHNOLOGIES, LLC
200 SCHULZ DR, SECOND FLOOR
RED BANK NJ 07701

Advice number: 00000110011
Pay date: 03/15/2019

Deposited to the account of
JAMES R HERBER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1553 | xxxx xxxx | $540.90 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

From : 11/2/2018     Case 19-00543   Doc 4   Filed 04/30/19   Entered 04/30/19 17:52:47   4/25/2019   Desc Main   8:20:54AM
To : 4/25/2019     Document    Page 8 of 10     Page Number: 6

Query Employee Earnings
Detail

305         305

**Employee No. 305 TIFFANY FLUHR**

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/1/2019 | 2/23/2019 | 1,494.78 | 56.27 | 302.28 | 1,136.23 | 0.00 | 1,135.82 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.07 |
| VACATION | 2.50 | 90.90 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| BASE | 29.50 | 1,072.62 | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.91 |
| OTHER | 0.00 | 0.38 | 401k LOAN | 25.57 | 0.00 | Medicare | 21.30 |
| PERSONAL DAY | 8.00 | 290.88 | | | | | |

| Reimbursement | Amount |
|---|---|

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/8/2019 | 3/2/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| BASE | 40.00 | 1,454.40 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| | | | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

| Reimbursement | Amount |
|---|---|

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/15/2019 | 3/9/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| BASE | 40.00 | 1,454.40 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| | | | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

| Reimbursement | Amount |
|---|---|

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/22/2019 | 3/16/2019 | 400.00 | 0.00 | 43.60 | 356.40 | 0.00 | 356.40 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| LOYALTY BONUS | 0.00 | 400.00 | ASSURITY-HI | 0.00 | 0.00 | FICA | 24.80 |
| | | | ASSURITY-CI | 0.00 | 0.00 | IOWA State Tax | 13.00 |
| | | | DENTAL-FAM | 0.00 | 0.00 | U.S. Federal | 0.00 |
| | | | 401k LOAN | 0.00 | 0.00 | Medicare | 5.80 |

| Reimbursement | Amount |
|---|---|

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/22/2019 | 3/16/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

From : 11/2/2018 Query Employee Earnings 4/25/2019 8:20:54AM
To : 4/25/2019 Detail
Page Number: 7

305  305

**Employee No.   305 TIFFANY FLUHR**

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/22/2019 | 3/16/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| VACATION | 2.00 | 72.72 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| BASE | 38.00 | 1,381.68 | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

Reimbursement     Amount

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 3/29/2019 | 3/23/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| VACATION | 16.00 | 581.76 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| BASE | 24.00 | 872.64 | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

Reimbursement     Amount

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 4/5/2019 | 3/30/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| BASE | 40.00 | 1,454.40 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| | | | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

Reimbursement     Amount

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 4/12/2019 | 4/6/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| BASE | 40.00 | 1,454.40 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
| | | | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
| | | | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

Reimbursement     Amount

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 4/18/2019 | 4/13/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

305                                                            305

**Employee No.   305 TIFFANY FLUHR**

| Check No | Date Paid | Pay Period Ending | Gross Pay | Deductions | Taxes | Net Pay | Check Amount | Direct Deposit |
|---|---|---|---|---|---|---|---|---|
| 0 | 4/18/2019 | 4/13/2019 | 1,494.40 | 56.27 | 302.20 | 1,135.93 | 0.00 | 1,135.93 |

| Pay Type | Quantity | Amount | Deductions | Amount | Employer Amt | Taxes | |
|---|---|---|---|---|---|---|---|
| MED WAIVER F | 0.00 | 40.00 | ASSURITY-HI | 11.86 | 0.00 | FICA | 91.05 |
| BASE | 40.00 | 1,454.40 | ASSURITY-CI | 4.86 | 0.00 | IOWA State Tax | 85.00 |
|  |  |  | DENTAL-FAM | 13.98 | 0.00 | U.S. Federal | 104.86 |
|  |  |  | 401k LOAN | 25.57 | 0.00 | Medicare | 21.29 |

| Reimbursement | Amount |
|---|---|

|  | 37,698.24 | 2,839.55 | 7,110.51 | 27,748.18 |
|---|---|---|---|---|